UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NORTH CAROLINA
WESTERN DIVISION

| | |
|---|---|
| NADIA ARLETTE PHILLIPS, )<br>)<br>Plaintiff, )<br>)<br>)<br>v. )<br>)<br>THE STATE OF NORTH CAROLINA, 10TH )<br>JUDICIAL DISTRICT, CRIMINAL COURTS, )<br>WAKE FOREST POLICE DEPARTMENT, )<br>THE NORTH CAROLINA STATE DISTRICT )<br>COURT, CIVIL COURTS, UNIVERSITY OF )<br>NORTH CAROLINA HEALTH SYSTEMS, )<br>JAMES HOWARD HICKLAND, LAURA )<br>HURST, FLORENCE COVINGTON )<br>HICKLAND, STAUFF, GROSS, PRIVETTE )<br>PLLC, SARAH LYNN PRIVETTE, NELSON )<br>FAMILY LAW, SUZANNE ALICE NELSON, )<br>HOWARD GREEN MCCOY, ROBERT )<br>EARLY HOWARD, JR., DUKE PRIMARY )<br>CARE, DUKE WOMEN'S ONCOLOGY )<br>CENTER, DUKE GYN/ONCOLOGY, and )<br>PSNC ENERGY, )<br>)<br>Defendants. ) | **JUDGMENT IN A**<br>**CIVIL CASE**<br>**CASE NO. 5:19-CV-111-D** |

**Decision by Court.** This action came before this Court for ruling as follows.

**IT IS ORDERED, ADJUDGED, AND DECREED** that the court GRANTS plaintiffs application to proceed in forma pauperis [D.E. l], ADOPTS the conclusions in the M&R [D.E. 7], and DISMISSES plaintiffs complaint for lack of subject-matter jurisdiction.

**This Judgment Filed and Entered on May 5, 2020, and Copies To:**

Nadia Arlette Phillips                                           (via CM/ECF electronic notification)


DATE:                                                                    PETER A. MOORE, JR., CLERK

May 5, 2020                                                         (By) /s/ Nicole Sellers
                                                                              Deputy Clerk